## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00482         Recorder: CS 11/10/2022         Date: 11/10/2022

Present: The Honorable Patricia Donahue, U.S. Magistrate Judge

Court Clerk: Isabel Martinez         Assistant U.S. Attorney: Brian Faerstein, Mark Williams, and Matthew O'Brien

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JERRY NEHL BOYLAN BOND-PRESENT | GEORGINA WAKEFILED AND GABRIELA RIVERA DFPD'S | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge George H. Wu.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/20/2022 at 9:00 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: IM by TRB