CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant. | Case No. CR 22-482-GW<br><br>**ORDER TO FILE DECLARATION *IN CAMERA*** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *In Camera* Declaration of Gabriela Rivera in Support of *Ex Parte* Application for Financial Assistance With Expenses Related to Travel, Lodging, and Subsistence Incurred in Connection With Criminal Trial be filed *in camera*.

DATED: September 11, 2023      By _____
                                HONORABLE GEORGE H. WU
                                United States District Judge

Presented by:

  */s/ Gabriela Rivera*
Deputy Federal Public Defender

1