CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-482-GW |
| Plaintiff, | **ORDER RE DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME** |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant's motion for special jury selection procedures given the nature of the case and the significant pretrial publicity it has received [95] shall be heard on a shortened schedule. The government's opposition shall be filed on or before September 14, 2023;

/ / /

/ / /

/ / /

/ / /

/ / /

1 replies, if any, shall be filed on or before September 19, 2023. The motion will be
2 heard on September 28, 2023 at 8:00 a.m.

    IT IS SO ORDERED.

DATED: September 11, 2023        By _____
                                     HON. GEORGE H. WU
                                     United States District Judge

Presented by:

 /s/ Georgina Wakefield
Deputy Federal Public Defender

2