# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

**1a. Contact Person for this Order:** Maribel Bran
**2a. Contact Phone Number:** 213-894-1880
**3a. Contact E-mail Address:** maribel_bran@fd.org

**1b. Attorney Name (if different):** Georgina Wakefield
**2b. Attorney Phone Number:** 231-894-4795
**3b. Attorney E-mail Address:** georgina_wakefield@fd.org

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Federal Public Defender
321 E. 2nd St.
Los Angeles, CA 90012

**5. Name & Role of Party Represented:** Jerry Boylan, Defendant
**6. Case Name:** USA v. Boylan
**7a. District Court Case Number:** 2:22-cr-00482-GW
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

☒ Criminal   ☐ Civil   ☐ CJA   ☐ USA   ☒ FPD   ☐ In forma pauperis

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

**a. HEARING(S) OR PORTIONS OF HEARINGS** *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

**b. SELECT FORMAT(S)** *(CM/ECF access included with purchase of transcript.)*

**c. RELEASE OF TRANS. RESTRICTION DATE** *(Provide release date of efiled transcript, or check to certify none yet on file.)*

**d. DELIVERY TYPE** 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2023 | | GW | Pretrial Conference | ● | ○ | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/13/2023        Signature: /s/ Georgina Wakefield

G-120 (06/18)