CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant. | Case No. 22-cr-00482-GW<br><br>**DEFENSE PROPOSED VERDICT FORM**<br><br>Trial Date: October 24, 2023<br><br>The Honorable George H. Wu |

Jerry Nehl Boylan, through his attorneys of record, Deputy Federal Public Defenders Georgina Wakefield, Gabriela Rivera, Julia Deixler, and Joshua D. Weiss hereby submits the defense proposed verdict form for trial in this matter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 18, 2023     By  */s/ Georgina Wakefield*

GEORGINA WAKEFIELD
GABRIELA RIVERA
JULIA DEIXLER
JOSHUA D. WEISS
Deputy Federal Public Defenders
Attorney for JERRY NEHL BOYLAN

1      We, the Jury in the above-captioned case, unanimously find defendant JERRY
2 NEHL BOYLAN (*check one*):
3
4        \_\_\_\_\_      NOT GUILTY
5
6        \_\_\_\_\_      GUILTY
7
8 of the offense charged in the Indictment, Seaman's Manslaughter, in violation of 18
9 U.S.C. § 1115.
10
11      (The foreperson should now sign and date this verdict form.)
12
13
14 Dated: _____, 2023.
15
16
17                                                               _____
18                                                               FOREPERSON OF THE JURY
19
20
21
22
23
24
25
26
27
28