CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Josh_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY NEHL BOYLAN, <br><br> Defendant. | Case No. 2:22-CR-00482 <br><br> **JOINT PROPOSED LIMITING INSTRUCTION RE COAST GUARD REGULATIONS** <br><br> The Honorable George H. Wu |

Defendant Jerry Nehl Boylan, through his counsel of record, and Plaintiff United States of America, through its counsel of record, hereby submit their respective proposed limiting instructions regarding Coast Guard regulations. Additional briefing regarding each party's respective position is presented at Dkt. No. 246 at 39-44.

//

//

//

//

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | CUAUHTEMOC ORTEGA<br>Federal Public Defender |
| DATED: October 30, 2023 | | By */s/ Joshua D. Weiss* |
| | | GEORGINA WAKEFIELD<br>GABRIELA RIVERA<br>JULIA DEIXLER<br>JOSHUA D. WEISS<br>Deputy Federal Public Defenders<br>Attorneys for JERRY NEHL BOYLAN |
| | | E. MARTIN ESTRADA<br>United States Attorney |
| | | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| DATED: October 30, 2023 | | By */s/ Mark Williams (by email authorization)* |
| | | MARK A. WILLIAMS<br>MATTHEW W. O'BRIEN<br>BRIAN R. FAERSTEIN<br>JUAN M. RODRIGUEZ<br>Assistant United States Attorneys<br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

2

### Mr. Boylan's Proposed Limiting Instruction on Regulations

You [have received] [are about to receive] evidence regarding regulations enacted by the United States Coast Guard. These regulations are not criminal laws. Even if you conclude that Mr. Boylan violated one or more of these regulations, that alone is not proof that he acted with gross negligence or is otherwise guilty of the criminal charge brought against him. That said, you may consider the regulations, along with all the other evidence presented, in deciding whether Mr. Boylan's conduct violated one or more of the elements of the criminal charge brought against him.

### Government's Proposed Limiting Instruction On Regulations

You have heard evidence of certain Coast Guard regulations and whether or not defendant violated those regulations. You need not find defendant guilty simply because you believe he violated one or more of those regulations. While a violation of these regulations may inform your decision on whether the defendant is guilty, it is for you as the jury to decide whether defendant's conduct rises to the level of inattention to duties, misconduct, or gross negligence.