# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | October 31, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez | Terri A. Hourigan / Marea Woolrich | Matthew W. O'Brien; Brian R. Faerstein<br>Mark A. Williams; Juan M. Rodriguez |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | DFPD Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield; Julia Deixler | ✔ | ✔ | |
| | | | | Gabriela Rivera; Joshua D. Weiss | | | |

\_\_\_\_ Day COURT TRIAL        6th Day JURY TRIAL        \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    ✔ Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

✔ Witnesses called, sworn and testified.

✔ Exhibits identified        ✔ Exhibits admitted

\_\_\_\_ Government rests.        \_\_\_\_ Defendant(s) \_\_\_\_ rest.

✔ Motion for mistrial by Deft re Sean Tortora testimony is \_\_\_\_ granted ✔ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made        \_\_\_\_ Court instructs jury        \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused        \_\_\_\_ Jury retires to deliberate        \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:        \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_        \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled        \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_\_ for sentencing.

Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

✔ Case continued to Nov. 1, 2023 at 8:30 a.m. for further trial.

\_\_\_\_ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED** CRIMINAL MINUTES - TRIAL

|   | 7 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |