UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. **CR 22-482-GW**

Title: **United States of America v. Jerry Nehl Boylan**

JURY NOTE NUMBER **2**

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

✓   THE JURY REQUESTS THE FOLLOWING:

In regard to "Failure to instruct or provide directions to crewmembers regarding firefighting at the time of the fire" does this include/specify ALL crewmembers? Because 1 crewmember in the bunks/lower deck who was stuck in the fire did not receive any instructions over the PA system. Please let us know. Thanks

DATE: _____

TIME: _____

SIGNED **REDACTED**
FOREPERSON OF THE JURY