UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 22-482-GW

Title: United States of America v. Jerry Nehl Boylan

JURY NOTE NUMBER 4

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: 11-6-23

TIME: 4:11 PM

SIGNED **REDACTED**
FOREPERSON OF THE JURY