FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
BY JG DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-482-GW |
| Plaintiff, | <u>VERDICT FORM</u> |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

1. As to the offense of 18 U.S.C. § 1115 (misconduct or gross negligence of ship officer), we, the Jury in the above-captioned case, unanimously find defendant JERRY NEHL BOYLAN (*check one*):

    _____  NOT GUILTY

    \_\_✗\_\_\_\_  GUILTY

*If your response to Question 1 is "not guilty" or if, after deliberating, you are unable to reach a unanimous response to Question 1, please answer Question 2. If your response to Question 1 is "guilty," do not answer Question 2.*

2. The crime of Misconduct or Gross Negligence of Ship Officer, in violation of 18 U.S.C. § 1115, includes the lesser crime of Grossly Negligent Operation of a Vessel, in violation of 46 U.S.C. § 2302(b), except as noted below. If (1) any of you are not convinced beyond a reasonable doubt that the Defendant is guilty of the offense charged in the Indictment (that is, Misconduct or Gross Negligence of Ship Officer, in violation of 18 U.S.C. § 1115); and (2) you are unanimously convinced beyond a reasonable doubt that the Defendant is guilty of the lesser crime of Grossly Negligent Operation of a Vessel in violation of 46 U.S.C. § 2302(b), you may find the Defendant guilty of that lesser crime. However, as instructed, the 46 U.S.C. § 2302(b) offense is not a lesser included crime within 18 U.S.C. § 1115 and does not apply to the Defendant's alleged failure to post a roving patrol.

With respect to the lesser-included offense of Grossly Negligent Operation of a Vessel, in violation of 46 U.S.C. § 2302(b), we, the Jury, unanimously find defendant JERRY NEHL BOYLAN (check one):

\_\_\_\_\_ NOT GUILTY

\_\_\_\_\_ GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: 11-6, 2023.

REDACTED
FOREPERSON OF THE JURY