CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>JERRY NEHL BOYLAN,<br><br>                Defendant. | Case No. 22-cr-00482-GW<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE POST-TRIAL BRIEFING SCHEDULE AND SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendant's *ex parte* application to continue the post-trial briefing schedule and sentencing hearing in this matter is GRANTED.

The following scheduling order shall apply:

- Rule 29 and Rule 33 motions due no later than February 22, 2024;
- Oppositions due no later than March 14, 2024;
- Replies, if any, due no later than March 28, 2024;

/ / /

/ / /

/ / /

- Hearing on the motions to be held on April 11, 2024 at 8:00 a.m.; and
- Sentencing to be held on May 2, 2024 at 8:00 a.m.

DATED:                    By_____
                                       HON. GEORGE H. WU
                                       United States District Judge

Presented by:

 */s/ Georgina Wakefield*_____
Deputy Federal Public Defender