CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AMY KARLIN (Bar No. 150016)
Chief Deputy Federal Public Defender
GEORGINA WAKEFIELD (Bar. No. 282094)
(Email: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00482-GW |
| Plaintiff, | **APPLICATION FOR APPOINTMENT OF GEORGINA WAKEFIELD AS CO-COUNSEL; DECLARATION OF COUNSEL** |
| v. | |
| JERRY BOYLAN, | |
| Defendant. | |

The Office of the Federal Public Defender, through Chief Deputy Federal Public Amy M. Karlin, hereby requests that the Court appoint Georgina Wakefield as co-counsel for Mr. Boylan, along with the Office of the Federal Public Defender, for the sentencing hearing on May 2, 2024. Mr. Boylan has been represented by Ms. Wakefield as a Deputy Federal Public Defender since 2020.

//

//

//

//

1

1 | This request is based on the attached declaration of Chief Deputy Public
2 | Defender Amy Karlin.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 22, 2024     By  */s/ Amy M. Karlin*
AMY M. KARLIN
Chief Deputy Federal Public Defender

# DECLARATION OF AMY M. KARLIN

I, Amy M. Karlin declare:

1. I serve as Chief Deputy Federal Public Defender for the Office of the Federal Public Defender (FPD) in the Central District of California.

2. Deputy Federal Public Defender Georgina Wakefield is one of the attorneys in our office appointed to represent Mr. Boylan in this case. She has been Mr. Boylan's attorney since 2020.

3. Ms. Wakefield is leaving the FPD and going into private practice. On May 2, 2024, the date this matter is set for sentencing, Ms. Wakefield will no longer be an employee of the FPD.

4. As the Court knows, Ms. Wakefield has performed significant work on the case, litigating motions and serving as lead counsel when the case proceeded to trial in the fall of 2023. She has worked closely with the other deputy federal public defenders appointed to the case and the other members of the defense team.

5. I have been advised that Ms. Wakefield has developed a relationship of trust and confidence with Mr. Boylan. I have also been advised that Mr. Boylan wants Ms. Wakefield to take the lead on his sentencing hearing even though she will no longer be employed by the office.

6. I believe that it is in Mr. Boylan's best interest that Ms. Wakefield continue to represent Mr. Boylan in this matter as co-counsel. This request is unique because we are not asking that the FPD be relieved, but that Ms. Wakefield be appointed as CJA counsel so that she may continue working with the Boylan Team as she has since 2020.

7. I believe it supports the goal of continuity of counsel to allow Ms. Wakefield to remain on the case with Mr. Boylan as co-counsel once she leaves the FPD.

//

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

4  DATED: March 22, 2024         /s/ AMY M. KARLIN            .
                                 AMY M. KARLIN
                                 Chief Deputy Federal Public Defender

4