E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes and Consumer Protection Section
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Deputy Chief, Appeals Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Public Corruption and Civil Rights Section
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3359/8644/3819/0304
     E-mail:  Mark.A.Williams@usdoj.gov
              Alexander.P.Robbins@usdoj.gov
              Matthew.O'Brien@usdoj.gov
              Brian.Faerstein@usdoj.gov
              Juan.Rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 22-482-GW |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL BASED ON ERROR IN LESSER INCLUDED OFFENSE INSTRUCTION; EXHIBIT</u> |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |
| | Hearing Date: April 22, 2024<br>Hearing Time: 8:00 a.m. |

The United States of America, by and through its counsel of record, hereby files this <u>unopposed</u> application for leave to file a sur-reply in further opposition to defendant's Rule 33 Motion.

This application is based upon the attached memorandum of points and authorities and exhibit thereto, the files and records in this case, and such further evidence and argument as the Court may permit.

On April 1, 2024, the defense informed the government that they do not oppose a sur-reply limited to the issue of statutory divisibility.

Dated: April 4, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

         /s/
ALEXANDER P. ROBBINS
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
BRIAN R. FAERSTEIN
JUAN M. RODRIGUEZ
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Sur-replies are appropriate when a movant raises a new argument or submits new evidence in a reply brief.  The defense, having raised a new legal issue regarding statutory divisibility under the "modified categorical approach" for the first time in its Reply in support of its new-trial motion (Dkt. 406), does not oppose the government's filing a brief sur-reply limited to this specific issue.

Alternatively, if the Court prefers to not consider the Proposed Sur-reply, the government will be prepared to raise the same points at the hearing.